ORDERED.

Dated: August 28, 2015

_____
Michael G. Williamson
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:
SCOTT THOMAS WALL
          Debtor
_____/

CASE NO.: 8:15-bk-06217-MGW
Chapter 7

**ORDER ABATING MOTION FOR
RELIEF FROM AUTOMATIC STAY FILED BY CHRISTIANA
TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB,
AS TRUSTEE FOR STANWICH MORTGAGE LOAN TRUST, SERIES 2012-13**

THIS CASE came on for consideration on August 20, 2015, on the Motion for Relief from Automatic Stay filed by **CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR STANWICH MORTGAGE LOAN TRUST, SERIES 2012-13** (Document No. 10). For reasons stating orally and recorded in open court, it is hereby **ORDERED**:

1. The Motion for Relief from Stay (Document No. 10) is abated pending the completion and/or resolution of the parties' participation in mortgage modification mediation.

Attorney Suzanne Delaney is directed to serve a copy of this order on the parties listed below and file a proof of service within 3 days of entry of the Order.

Scott Thomas Wall, 20916 Morgan Road, Land O' Lakes, FL 34638
Angelina E. Lim, Johnson Pope Bokor Ruppel & Burns LLP, PO Box 1100, Tampa, FL 33601
Stephen L. Meininger, Trustee, 707 North Franklin Street, Suite 850, Tampa, FL 33602
United States Trustee – TPA 7/13, Timberlake Annex, Suite 1200, 501 E. Polk Street, Tampa, FL 33602

1